```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TIMOUR ABRAMOV, et al.,

Defendants.

ORDER

23 CR 050

WHEREAS, with Marina Yaniuk's (the defendant's) consent, the defendant's guilty plea allocution was made before United States Magistrate Stewart D. Aaron on February 13, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. The sentencing of the defendant is scheduled for May 5, 2023 at 2:00 p.m.

**SO ORDERED:**

Dated: 02/27/2023
New York, New York

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK