UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

     - against -

MARINA YANIUK,

                Defendant.

---

23 Cr.50 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Upon request of the defendant, the sentencing currently scheduled for May 5, 2023 is hereby adjourned to July 7, 2023 at 11:00 a.m.

**SO ORDERED.**

Dated:    3 May 2023
            New York, New York

                                            _____
                                                 Victor Marrero
                                                   U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2023