**DAYAN LAW FIRM, PLLC**   80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415
Attorney at Law                                    Tel: (718) 268-9400:

**By ECF:**

July 27, 2023

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2023

    Re:   **United States v. Abramov, et al.**
            **Case No. 23-cr-50-VM**

Dear Judge Marrero:

    With consent of the Government, we are respectfully requesting Your Honor's Order for Pretrial Services Office of the Southern District of New York to release the passports for Marina Yaniuk and Dzmitry Yaniuk. The Defendants passports were surrendered to Pretrial Services during the pendency of their criminal cases.  Your Honor, both Defendants were sentenced on July 7, 2023 to 3 years probation with standard conditions of supervision.

    Thank you Your Honor.

                                      Respectfully submitted

                                      /s/ *Albert Y. Dayan*
                                      Albert Y. Dayan, Esq.
                                      Attorney at Law

cc.    All counsel of record
        (By ECF)



Request **GRANTED**. Pretrial services is respectfully directed to release the passports of Marina Yaniuk and Dzmitry Yaniuk.

**SO ORDERED.**

07/31/2023
DATE                                    VICTOR MARRERO, U.S.D.J.